**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Stephanie Fox

Appellate case number:   01-21-00102-CV

Trial court case number:  2015-69880

Trial court:                       245th District Court of Harris County

     Relator's motion for rehearing and amended motion for rehearing are **denied.**

     It is so ORDERED.

Judge's signature: ____Justice Richard Hightower_____
             ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Landau, and Hightower.

Date: __August 26, 2021_____